| | |
|---|---|
| Michael Saunders (CA Bar No.: 270414) | Ted Eader (GA BN 905761) |
| Folio Law Group PLLC | Conway Eader LLP |
| 14512 Edgewater Ln NE | 1056 Mangiault St Se. |
| Lake Forest Park, WA 98 | Atlanta, GA |
| (206) 512-9051 | (470) 745-2640 |
| Mike.Saunders@foliolaw.com | ted@conwayeader.com |

ATTORNEYS FOR PLAINTIFF
ENCODING.COM, INC.

ATTORNEYS FOR DEFENDANTS
INFORM, INC., NEWS DISTRIBUTION
NETWORK, INC. AND BRIGHT
MOUNTAIN MEDIA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCODING.COM, INC., A DELAWARE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INFORM, INC., A DELAWARE CORPORATION; NEWS DISTRIBUTION NETWORK, INC., A DELAWARE CORPORATION; AND BRIGHT MOUNTAIN MEDIA, INC., A FLORIDA CORPORATION,<br><br>Defendants. | Case No.: 3:20-cv-03672-CRB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>JUDGE CHARLES R. BREYER |

## STIPULATION

Plaintiff Encodings.com, Inc. ("Plaintiff") and Defendants Inform, Inc., News Distribution Network, Inc., and Bright Mountain Medica, Inc. ("Defendants") (collectively, "the Parties"), by and through their counsel of record, hereby submit this joint stipulation of dismissal of Plaintiff's claims against Defendants **with prejudice** in the above-captioned case pursuant to Fed. R. Civ. P. 41(a).

Each party will bear its own costs, expenses and attorney's fees incurred in this action.

A proposed order granting this Joint Stipulation is attached.

IT IS SO STIPULATED.

Dated: May 27, 2021

FOLIO LAW GROUP PLLC

By: _____
Michael Saunders (#270414)

*Attorneys for Plaintiff Encoding, Inc.*

CONWAY EADER LLP

By: _____
Ted Eader (GA #905761)

*Attorneys for Defendants
Inform, Inc., News Distribution Network, Inc.
And Bright Mountain Media, Inc.*

## ATTESTATION REGARDING SIGNATURES

I, Michael Saunders, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO DISMISS. In compliance with Local Rule 5-1(i), I hereby attest that all other signatories have concurred in this filing.

Dated: May 27, 2021

_____
Michael Saunders (#270414)

# ORDER

**PURSAUNT TO STIPULATION, IT IS SO ORDERED** that Plaintiff's claims for relief against defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June ___, 2021  May 27, 2021

_____
Senior District Judge Charles R. Breyer
U.S. District Court
California Northern District